```
              DISTRICT COURT OF THE VIRGIN ISLANDS
                DIVISION OF ST. THOMAS AND ST. JOHN
```

CECILY MERCER,                      )
                                    )
       Plaintiff,            )
                                    )
       v.                    )   Civil No. 2014-50
                                    )
GOVERNMENT OF THE VIRGIN ISLANDS    )
DEPARTMENT OF EDUCATION;            )
CLARISSA WARRINGTON; and DONNA      )
FRETT-GREGORY,                      )
                                    )
       Defendants.           )
                                    )

ATTORNEYS:

**Pedro K. Williams, Esq.**
Law Office of Pedro K. Willaims
St. Thomas, U.S.V.I.
   *For Cecily Mercer,*

**Ariel Marie Smith-Francois, AAG**
Virgin Islands Department of Justice
St. Thomas, U.S.V.I.
   *For Government of the Virgin Islands Department of*
   *Education; Clarissa Warrington; and Donna Frett-Gregory.*

## JUDGMENT

GÓMEZ, J.

    Before the Court is the complaint of Cecily Mercer. A bench trial was held on January 20 and January 21, 2016.

    For the reasons articulated in the Memorandum Opinion of even date, it is hereby

    **ORDERED** that **JUDGMENT** is entered in favor of the Government of the Virgin Islands, Department of Education; Clarissa

*Mercer v. Gov't of the Virgin Islands, et. al.*
Civ. No. 2014-50
Judgment
Page 2

Warrington; and Donna Frett-Gregory on Counts One through Eight; it is further

**ORDERED** that Cecily Mercer's complaint is **DISMISSED**; it is further

**ORDERED** that the Clerk of the Court shall **CLOSE** this case.

S\_____
**Curtis V. Gómez**
**District Judge**